IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
                Plaintiff,     )          4:03CR3173
                               )
          v.                   )
                               )
TERESA L. HAUCK,               )              ORDER
                               )
                Defendant.     )
_____)


          IT IS ORDERED:

          1) A hearing on plaintiff's motion for Rule 35 (Filing

No. 28) is scheduled for:

          **Thursday, December 1, 2005, at 10:15 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse,

Omaha, Nebraska, or as soon thereafter as may be called by the

Court.  Defendant need not be present.

          2) That Joseph F. Gross, Jr., is reappointed to

represent the defendant for purposes of the Rule 35(b) motion,

and the Federal Public Defender shall provide CJA counsel with a

new voucher.

          DATED this 10th day of November, 2005.

                         BY THE COURT:

                         /s/ Lyle E. Strom
                         _____
                            LYLE E. STROM, Senior Judge
                            United States District Court